UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

**CAROLYN D. SPEARS**            **CASE NO. 1:18-CV-00387**

**VERSUS**            **JUDGE TERRY A. DOUGHTY**

**LOUISIANA COLLEGE**            **MAG. JUDGE MARK L. HORNSBY**

**JUDGMENT**

For the reasons stated in the Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Louisiana College's Motion for Summary Judgment [Doc. No. 24] is **GRANTED**, and that Plaintiff Dr. Carolyn D. Spears' Cross-Motion for Partial Summary Judgment [Doc. No. 34] is **DENIED**. All claims of Plaintiff are **DISMISSED WITH PREJUDICE**.

**Monroe, Louisiana,** this 24th day of July, 2020.

                                           _____
                                           **TERRY A. DOUGHTY**
                                           **UNITED STATES DISTRICT JUDGE**