# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **CAROLYN D SPEARS** | **CASE NO. 1:18-CV-00387** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **LOUISIANA COLLEGE** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss [Doc. No. 63] (entitled "Stipulation of Dismissal Pursuant to FRCP41(a)"),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

MONROE, LOUISIANA, this 1st day of May 2024.

_____
Terry A. Doughty
United States District Judge